Robert A. Morgenstern, Esq. (SBN 94180)
bob.morgenstern@marmorlaw.com
Jeffrey N. Leader, Esq. (SBN 119956)
jleader@marmorlaw.com
MARANGA • MORGENSTERN
A Professional Law Corporation
5850 Canoga Ave., Suite 600
Woodland Hills, CA 91367
(818) 587-9146 ■ Fax: (818) 587-9147

MICHAEL BEST & FRIEDRICH LLP
Paul E. Benson, Esq. (admitted pro hac vice)
pebenson@michaelbest.com
James B. Barton, Esq. (admitted pro hac vice)
jbbarton@michaelbest.com
100 E. Wisconsin Ave., Suite 3300
Milwaukee, WI 53202
Telephone: (414) 271-6560
Facsimile: (414) 277-0656

Attorneys for Defendant and Third Party Plaintiff, GROB, INC.

NO JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| ANTONIO ABRICA and ODELIA ABRICA,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>GROB, INC., and DOES 1 through 50, Inclusive,<br><br>　　　　Defendants.<br>_____<br>GROB, INC.,<br><br>　　　　Third Party Plaintiff,<br><br>　vs.<br><br>GORDON INDUSTRIAL SUPPLY CO., AND DAILY SAW SERVICE, INC.<br><br>　　　　Third Party Defendants.<br>_____ | **Case No.:** 2:10-CV-03424 JST (PLAx)<br><br>ORDER FOR DISMISSAL OF THIRD PARTY DEFENDANT PURSUANT TO FRCP 41 |

[PROPOSED] ORDER FOR DISMISSAL PURSUANT TO FRCP 41

The plaintiff, defendant and third party plaintiff, Grob, Inc. and third party defendant Gordon Industrial Supply Co. have entered into a stipulation that this action may be dismissed as to this third party defendant, Gordon Industrial Supply Co. only without prejudice and without cost to the plaintiff, defendant, third party plaintiff and third party defendant being dismissed.

IT IS HEREBY ORDERED that the above-entitled action be dismissed without prejudice against third party defendant GORDON INDUSTRIAL SUPPLY CO. without cost to the plaintiff, defendant, third party plaintiff and third party defendant being dismissed.

DATED: September 16, 2010        **JOSEPHINE STATON TUCKER**

HONORABLE JOSEPHINE STATON TUCKER
U.S. DISTRICT COURT JUDGE